IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALLEN WALTER ROBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:14-CV-935-WKW |
| TODD STRANGE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 31, 2014, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12). Plaintiff did file a Motion for Extension of Time to File Objections (Doc. # 13) on November 12, 2014, which was granted on November 26, 2014 (Doc. # 14.) Despite the extension, Plaintiff did not file objections to the Magistrate Judge's Recommendation. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Plaintiff's claims seeking relief for injury to the interests of third parties, claims for injunctive relief asserted on Plaintiff's own behalf, and §1983 claims are DISMISSED without prejudice. It is further ORDERED that this matter is REFERRED back to the undersigned Magistrate Judge for further proceedings.

DONE this 23rd day of December, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE